Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT

2024 DEC 30  AM 10: 50

OFFICE OF THE CLERK

for the

District of

Division

|  |  |
|---|---|
| Shantel M McSpadden | Case No. **8:24cv505** |
| | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | |
| Joni Craighead and Kings Heritage Estates | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shantel M McSpadden |
| Street Address | 5623 South 33rd Street |
| City and County | Omaha Douglas |
| State and Zip Code | Nebraska 68107 |
| Telephone Number | 402-208-1290 |
| E-mail Address | shantel.mcspadden@yahoo.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | Joni Craighead
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number | 402-680-8217
E-mail Address *(if known)* | Jonikcraighead@gmail.com

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Breach of contract. The home at 5623 South 33rd Street , Omaha, Nebraska 68107 was to be sold to the tenant Shantel M McSpadden once the home was 15 years from the date of build. This contract was entered with Kings Heritatage Estates. The program

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Shantel M McSpadden                    , is a citizen of the State of *(name)*   Nebraska                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*   Joni Craighead                    , is a citizen of the State of *(name)*   Nebraska                    . Or is a citizen of *(foreign nation)*                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* ___Kings Heritage Estates___ , is incorporated under the laws of the State of *(name)* ___Nebraska___ , and has its principal place of business in the State of *(name)* ___Nebraska___ .

Or is incorporated under the laws of *(foreign nation)* ___na___ ,

and has its principal place of business in *(name)* ___na___ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Kings Heritage Estates/Joni Craighead sent out letters or interest in purchasing the home. This was signed and sent back before the due date. A copy is attached. 5623 South 33rd Street Omaha, NE 68107 was to be sold for $75,000. Due to the home being sold to someone else;it was sold for $220,000 to the tenant Shantel M McSpadden. The estimated equity of 75,000 was lost, the set asside funds of $4999 was lost. Repair funds for flooring $4600, paint $1250 and $1815 appliances.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff Shantel M McSpadden joined the Kings Heritage Estates program on ___ at which time the agreement was that the home would be sold to the tenant if they would like to purchase after the home has been established for 15 years. The tenant is to pay rent, learn about homeownership and prepare to buy the home in question. Kings Heritage Estates will setaside $50 per month for each month rent is paid on time to be used at the time of purchase or given to the tenant if they do not chose to purchase the home. The home at 5623 South 33rd Street in Omaha, Ne 68107 will be sold for $75,000 with an estimated equity of $75.000. Kings Heritage Estates will give allowance for paint, appliances and flooring at the time of purchase.
The home was sold to someone out of state without my knowledge and then sold back to Habitat for Humanity. Habitat for Humanity then sold the home to this tenant at almost three times the amount it was to be sold. The home was sold with two morgages. The equity cannot be used. The home cannot be sold to anyone except Habitat for Humanity. Communication due to the start of Covid was limited. There were no final call letters or checks sent out.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$220,000(4) for the purchase of the home, $75.000(4) equity loss, $4999(4) setaside funds, 1815 (4) appliances, 1250(4) paint and 4600(4) flooring. The home has two morgages, all funds put up by Habitat for Humanity and serviced by First National Bank. Equity not available to home buyer. The treatment by staff at Habitat for Humanity Staff some were helpful and encouraged gathering information to sue (class action lawsuit) others were mean T statted the home would be $180,000 then had the home reappraized when this plaintiff did not sign without reading the documents. In closing the CEO stated it was not ideal but Habitat For Humanity wanted to get the homes back.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12/30/2024

Signature of Plaintiff

Printed Name of Plaintiff        Shantel M McSpadden

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address